**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David R. Uram**
  Debtor(s)

Bankruptcy Case No.: 14−22092−CMB

Chapter: 13
Docket No.: 132 − 131

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of July, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/13/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/11/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/13/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 14-22092-CMB
David R. Uram                                                    Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Jul 30, 2019
                              Form ID: 408            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db             +David R. Uram,    738 Fernhill Avenue,    Pittsburgh, PA 15226-1320
cr             +PNC Bank National Association,    PO Box 94982,    Cleveland, OH 44101-4982
13858730       +Aes/pnc Trust,    Po Box 2461,   Harrisburg, PA 17105-2461
13858731       +Allegheny County c/o Jordan Tax,    102 Rahway Road,    Canonsburg, PA 15317-3349
13858732      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX   79998)
13934120       +BPA as Authorized Agent for PNC Bank,    800 Corporate Drive, Suite 408,
                 Ft. Lauderdale, FL 33334-3621
13916067        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13858735       +City School District of PGH.,    c/o Goehring Rutter & Boehm,     437 Grant St, 14th Fl,
                 Pittsburgh, PA 15219-6101
13862225       +City and School District of Pittsburgh,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13858734       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant St, 14th Fl,
                 Pittsburgh, PA 15219-6101
13862223       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13873185       +Department Stores National Bank/Visa,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13858737        Ge Capital Retail Ba,    c/o Portfolio Recovery Asso.,    120 Corporate Blvd. Ste 1,
                 Alexandria, VA   223502
13858739       +I.C. Systems,    444 Highway 96 East,    Saint Paul, MN 55127-2557
13858741       +Macy's,    POB 183084,   Columbus, OH 43218-3084
13861180       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13904449       +PNC Bank,    POB 94982,   Cleveland, OH 44101-4982
13862228       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13858742       +Pittsburgh Water and Sewer Authority,    1200 Penn Avenue,    Pittsburgh, PA 15222-4216
13858743       +Pnc Bank,    Po Box 3180,   Pittsburgh, PA 15230-3180
13858744       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13858745       +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13858746       +Sears Credit Card,    POB 6282,   Sioux Falls, SD 57117-6282
13858750       +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:23:51
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL   33131-1605
13892047        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2019 03:23:58
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
13861309        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:23:57      CACH, LLC,
                 PO BOX 10587,   Greenville, SC 29603-0587
13858733       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 03:25:29      Citibank N.a.,
                 c/o Portfolio Recovery Asso.,    120 Corporate Drive Ste 1,    Norfolk, VA 23502-4952
13858736       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 31 2019 03:20:46      Columbia Gas Pa,
                 c/o Alliance One,    1684 Woodlands Dr. Ste 15,    Maumee, OH 43537-4093
13858738       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:24:51
                 Ge Money Retail Bank,    c/o CACH, LLC,    4340 S.Monaco St. Unit 2,    Denver, CO 80237-3485
13858740       +E-mail/Text: bncnotices@becket-lee.com Jul 31 2019 03:20:54      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13886792        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 03:23:46
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13892802        E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:23:50
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13858747       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 31 2019 03:22:05      U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13858748       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2019 03:20:42
                 Verizon,    POB 920041,   Dallas, TX 75392-0041
13858749       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2019 03:20:42
                 Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
13858751       +E-mail/Text: jsanders@cksfin.com Jul 31 2019 03:21:44      World S Foremost Ban,
                 c/o CKS FINANCIAL,    505 Independence Pkwy St.,    Chesapeake, VA 23320-5178
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and School District of Pittsburgh
cr              PNC BANK NATIONAL  ASSOCIATION
cr              Pittsburgh Water & Sewer Authority
```

```
District/off: 0315-2           User: dsaw               Page 2 of 2                 Date Rcvd: Jul 30, 2019
                               Form ID: 408             Total Noticed: 37

13862226*      +City of Pittsburgh,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13904450*      +Pittsburgh Water and Sewer Authority,   1200 Penn Avenue,   Pittsburgh, PA 15222-4216
                                                                                       TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              Gary William Short    on behalf of Debtor David R. Uram garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```