**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID R. URAM<br><br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:14-22092<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/23/2014 and confirmed on 8/18/14 . The case was subsequently         Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,851.64 |
| Less Refunds to Debtor | 1,063.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,787.67 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,962.20 | |
|    Trustee Fee | 2,503.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,465.27 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 22,831.69 | 0.00 | 22,831.69 |
|     Acct: 9205 | | | | |
|   PNC BANK NA | 0.00 | 11,261.71 | 0.00 | 11,261.71 |
|     Acct: 7846 | | | | |
|   PNC BANK NA | 414.29 | 414.29 | 0.00 | 414.29 |
|     Acct: 9205 | | | | |
|   PNC BANK NA | 6,400.00 | 6,400.00 | 0.00 | 6,400.00 |
|     Acct: 7846 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 12.37 | 12.37 | 11.03 | 23.40 |
|     Acct: XXXXXXXXX2013 | | | | |
|   CITY OF PITTSBURGH (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX-132 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 1,580.53 | 1,580.53 | 768.35 | 2,348.88 |
|     Acct: XXXXXXXXXXXX2-14 | | | | |
|   PITTSBURGH SD (CITY OF PGH) (RE)* | 495.29 | 495.29 | 0.00 | 495.29 |
|     Acct: XXXXXXXXXXXXXXXXXXX INT | | | | |
|   PITTSBURGH SD (CITY OF PGH) (RE)* | 3,266.84 | 3,266.84 | 1,317.44 | 4,584.28 |
|     Acct: XXXXXXXXXXXX2-13 | | | | |
|   CITY OF PITTSBURGH (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX-132 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 1,405.14 | 1,405.14 | 0.00 | 1,405.14 |
|     Acct: XXXXXXXXXXXXXXXXXX INT | | | | |
|   CITY OF PITTSBURGH (RE-LIBRARY) | 30.70 | 30.70 | 13.71 | 44.41 |
|     Acct: XXXXXXXXX2013 | | | | |
|   CITY OF PITTSBURGH (RE-LIBRARY) | 3.07 | 3.07 | 0.00 | 3.07 |
|     Acct: XXXXXXXXXXXXXXXX INT | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXX INT | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXURGH | | | | |
| | | | | 49,812.16 |
| **Priority** | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|     Acct: | | | | |
|   DAVID R. URAM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID R. URAM | 1,063.97 | 1,063.97 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 5,962.20 | 5,962.20 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E *** | | | |
| **Unsecured** | | | | |
|   PNC BANK | 5,319.01 | 96.61 | 0.00 | 96.61 |
|     Acct: 9217 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2957 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9283 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 4,488.18 | 81.52 | 0.00 | 81.52 |
|     Acct: 1640 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0273 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 503.12 | 9.14 | 0.00 | 9.14 |
|     Acct: 2435 | | | | |
|   CACH LLC/CACV/COLLECT AMERICA | 921.18 | 16.73 | 0.00 | 16.73 |
|     Acct: 3033 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7109 | | | | |
|   CAPITAL ONE NA** | 3,535.49 | 64.21 | 0.00 | 64.21 |
|     Acct: 3977 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5667 | | | | |
|   PNC BANK NA | 8,571.19 | 155.68 | 0.00 | 155.68 |
|     Acct: 6721 | | | | |
|   PNC BANK NA | 961.85 | 17.47 | 0.00 | 17.47 |
|     Acct: 0019 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2250 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1640 | | | | |
|   VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1908 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 523.26 | 9.51 | 0.00 | 9.51 |
|     Acct: 0001 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 2,004.45 | 36.41 | 0.00 | 36.41 |
|     Acct: 5667 | | | | |
|   WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9433 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 1,264.35 | 22.96 | 0.00 | 22.96 |
|     Acct: 9819 | | | | |
| | | | | 510.24 |

TOTAL PAID TO CREDITORS                                              50,322.40

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 13,608.23 |
| SECURED | 28,092.08 |

Date: 07/29/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　DAVID R. URAM<br><br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:14-22092<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22092-CMB
David R. Uram                                                             Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                 Page 1 of 2              Date Rcvd: Jul 30, 2019
                               Form ID: pdf900            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db             +David R. Uram,    738 Fernhill Avenue,    Pittsburgh, PA 15226-1320
cr             +PNC Bank National Association,    PO Box 94982,    Cleveland, OH 44101-4982
13858730       +Aes/pnc Trust,    Po Box 2461,   Harrisburg, PA 17105-2461
13858731       +Allegheny County c/o Jordan Tax,     102 Rahway Road,   Canonsburg, PA 15317-3349
13858732      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX   79998)
13934120       +BPA as Authorized Agent for PNC Bank,    800 Corporate Drive, Suite 408,
                Ft. Lauderdale, FL 33334-3621
13916067        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13858735       +City School District of PGH.,    c/o Goehring Rutter & Boehm,    437 Grant St, 14th Fl,
                Pittsburgh, PA 15219-6101
13862225       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13858734       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant St, 14th Fl,
                Pittsburgh, PA 15219-6101
13862223       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13873185       +Department Stores National Bank/Visa,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
13858737        Ge Capital Retail Ba,    c/o Portfolio Recovery Asso.,    120 Corporate Blvd. Ste 1,
                Alexandria, VA   223502
13858739       +I.C. Systems,    444 Highway 96 East,   Saint Paul, MN 55127-2557
13858741       +Macy's,   POB 183084,    Columbus, OH 43218-3084
13861180       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13904449       +PNC Bank,    POB 94982,   Cleveland, OH 44101-4982
13862228       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13858742       +Pittsburgh Water and Sewer Authority,    1200 Penn Avenue,    Pittsburgh, PA 15222-4216
13858743       +Pnc Bank,    Po Box 3180,   Pittsburgh, PA 15230-3180
13858744       +Pnc Bank, N.a.,    1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13858745       +Pncbank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13858746       +Sears Credit Card,    POB 6282,   Sioux Falls, SD 57117-6282
13858750       +Visdsnb,    9111 Duke Blvd,   Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:23:51
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
13892047        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2019 03:24:52
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK   73124-8838
13861309        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:23:56     CACH, LLC,
                PO BOX 10587,   Greenville, SC 29603-0587
13858733       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 03:37:06    Citibank N.a.,
                c/o Portfolio Recovery Asso.,    120 Corporate Drive Ste 1,    Norfolk, VA 23502-4952
13858736       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 31 2019 03:20:46     Columbia Gas  Pa,
                c/o Alliance One,    1684 Woodlands Dr. Ste 15,   Maumee, OH 43537-4093
13858738       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:24:50
                Ge Money Retail Bank,    c/o CACH, LLC,   4340 S.Monaco St. Unit 2,    Denver, CO 80237-3485
13858740       +E-mail/Text: bncnotices@becket-lee.com Jul 31 2019 03:20:54     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13886792        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 03:23:46
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13892802        E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2019 03:25:33
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13858747       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 31 2019 03:22:05     U. S. Trustee's Office,
                1001 Liberty Ave.,    Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
13858748       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2019 03:20:41
                Verizon,   POB 920041,    Dallas, TX 75392-0041
13858749       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 31 2019 03:20:41
                Verizon Wireless,    1 Verizon Pl,   Alpharetta, GA 30004-8510
13858751       +E-mail/Text: jsanders@cksfin.com Jul 31 2019 03:21:44     World S Foremost Ban,
                c/o CKS FINANCIAL,    505 Independence Pkwy St.,   Chesapeake, VA 23320-5178
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and School District of Pittsburgh
cr              PNC BANK NATIONAL  ASSOCIATION
cr              Pittsburgh Water & Sewer Authority
```

```
District/off: 0315-2           User: dsaw              Page 2 of 2              Date Rcvd: Jul 30, 2019
                               Form ID: pdf900         Total Noticed: 37

13862226*       +City of Pittsburgh,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
13904450*       +Pittsburgh Water and Sewer Authority,   1200 Penn Avenue,   Pittsburgh, PA 15222-4216
                                                                                   TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
              Gary William Short    on behalf of Debtor David R. Uram garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7