**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DAVID R. URAM<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:14-22092<br><br>Chapter 13<br><br>Document No.: 131<br><br>**ENTERED BY DEFAULT** |

**ORDER OF COURT**

AND NOW, this ____17th____ day of ____September____, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

FILED
9/17/19 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                       Case No. 14-22092-CMB
David R. Uram                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam              Page 1 of 2               Date Rcvd: Sep 17, 2019
                              Form ID: pdf900         Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +David R. Uram,    738 Fernhill Avenue,     Pittsburgh, PA 15226-1320
cr             +PNC Bank National Association,    PO Box 94982,     Cleveland, OH 44101-4982
13858730       +Aes/pnc Trust,    Po Box 2461,   Harrisburg, PA 17105-2461
13858731       +Allegheny County c/o Jordan Tax,     102 Rahway Road,     Canonsburg, PA 15317-3349
13858732      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:    Bk Of Amer,    Po Box 982235,    El Paso, TX   79998)
13934120       +BPA as Authorized Agent for PNC Bank,     800 Corporate Drive, Suite 408,
                 Ft. Lauderdale, FL 33334-3621
13916067        Capital One, N.A.,    c o Becket and Lee LLP,     POB 3001,    Malvern, PA 19355-0701
13858735       +City School District of PGH.,    c/o Goehring Rutter & Boehm,     437 Grant St, 14th Fl,
                 Pittsburgh, PA 15219-6101
13862225       +City and School District of Pittsburgh,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13858734       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,     437 Grant St, 14th Fl,
                 Pittsburgh, PA 15219-6101
13862223       +County of Allegheny,    c/o Goehring Rutter & Boehm,     437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13873185       +Department Stores National Bank/Visa,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13858737        Ge Capital Retail Ba,    c/o Portfolio Recovery Asso.,     120 Corporate Blvd. Ste 1,
                 Alexandria, VA   223502
13858739       +I.C. Systems,    444 Highway 96 East,    Saint Paul, MN 55127-2557
13858741       +Macy's,    POB 183084,   Columbus, OH 43218-3084
13861180       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13904449       +PNC Bank,    POB 94982,   Cleveland, OH 44101-4982
13862228       +Pittsburgh Water & Sewer Authority,     c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13858742       +Pittsburgh Water and Sewer Authority,     1200 Penn Avenue,    Pittsburgh, PA 15222-4216
13858743       +Pnc Bank,    Po Box 3180,   Pittsburgh, PA 15230-3180
13858744       +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13858745       +Pncbank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13858746       +Sears Credit Card,    POB 6282,   Sioux Falls, SD 57117-6282
13858750       +Visdsnb,    9111 Duke Blvd,   Mason, OH 45040-8999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2019 03:40:47
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13892047        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 03:43:35
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13861309        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:41:49     CACH, LLC,
                 PO BOX 10587,   Greenville, SC 29603-0587
13858733       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:42:50     Citibank N.a.,
                 c/o Portfolio Recovery Asso.,    120 Corporate Drive Ste 1,    Norfolk, VA 23502-4952
13858736       +E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 18 2019 03:30:50     Columbia Gas  Pa,
                 c/o Alliance One,    1684 Woodlands Dr. Ste 15,    Maumee, OH 43537-4093
13858738       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2019 03:40:59
                 Ge Money Retail Bank,    c/o CACH, LLC,   4340 S.Monaco St. Unit 2,    Denver, CO 80237-3485
13858740       +E-mail/Text: bncnotices@becket-lee.com Sep 18 2019 03:30:57     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13886792        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 03:42:48
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13892802        E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2019 03:40:48
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13858747       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Sep 18 2019 03:31:57     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,   Suite 970,    Pittsburgh, PA 15222-3721
13858748       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 03:30:38
                 Verizon,   POB 920041,    Dallas, TX 75392-0041
13858749       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 03:30:38
                 Verizon Wireless,    1 Verizon Pl,   Alpharetta, GA 30004-8510
13858751       +E-mail/Text: jsanders@cksfin.com Sep 18 2019 03:31:31     World S Foremost Ban,
                 c/o CKS FINANCIAL,    505 Independence Pkwy St.,    Chesapeake, VA 23320-5178
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and School District of Pittsburgh
cr              PNC BANK NATIONAL  ASSOCIATION
cr              Pittsburgh Water & Sewer Authority
```

```
District/off: 0315-2           User: dkam              Page 2 of 2               Date Rcvd: Sep 17, 2019
                               Form ID: pdf900         Total Noticed: 37

13862226*        +City of Pittsburgh,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                   Pittsburgh, PA 15219-6101
13904450*        +Pittsburgh Water and Sewer Authority,    1200 Penn Avenue,   Pittsburgh, PA 15222-4216
                                                                                          TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
          Gary William Short    on behalf of Debtor David R. Uram garyshortlegal@gmail.com,
           gwshort@verizon.net
          James    Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          James    Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```